PROB 12C
(7/93)

Report Date: March 28, 2013

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 28 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Rex D. Murphy                        Case Number: 2:00CR00035-001

Address of Offender:                Spokane, WA 99201

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 9/27/2000

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g) | |
| Original Sentence: | Prison - 180 Months;<br>TSR - 60 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Pamela J. Byerly | Date Supervision Commenced: 6/11/2012 |
| Defense Attorney: | Roger Peven | Date Supervision Expires: 6/10/2017 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On March 28, 2013, Rex Murphy was arrested by local authorities for possession of a controlled substance with intent to deliver. Additional information will be provided to the Court upon receipt. |
| 2 | **Mandatory Condition # 3**: The defendant shall not illegally possess a controlled substance.<br><br>**Supporting Evidence**: On March 28, 2013, the Spokane County Sheriffs Office notified the undersigned officer they were in the process of executing a search warrant at Mr. Murphy's residence. They further advised they had located methamphetamine in the residence. |

Prob12C
Re: Murphy, Rex D
March 28, 2013
Page 2

       3      **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

      **Supporting Evidence**: On March 25, 2013, Rex Murphy submitted a urine specimen at the U.S. Probation Office which yielded initial positive findings for methamphetamine. The specimen was forwarded to Alere Laboratory for additional testing.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/28/2013

s/Richard Law

Richard Law
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

3/28/13
Date